IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| IN THE MATTER OF: SEARCH OF INFORMATION ASSOCIATED WITH EMAIL ACCOUNTS UTILIZING THE DOMAIN NAME "FSCLABS.COM" THAT IS STORED AT PREMISES CONTROLLED BY RACKSPACE US, INC. | Case No. 3:10mj188<br><br>**FILED UNDER SEAL** |

## MOTION TO SEAL AND APPLICATION
## FOR AN ORDER OF NON-DISCLOSURE OF SEARCH WARRANT

The United States of America hereby moves to seal this motion, the accompanying search warrant, application for search warrant, supporting affidavit and warrant return. These documents discuss an ongoing criminal investigation that is neither public nor known to all targets of the investigation. Accordingly, there is good cause to seal these documents because their premature disclosure may seriously jeopardize the investigation. Moreover, this Affidavit discusses the existence of a *qui tam* action that has been filed in another judicial district and remains under seal.

The United States requests that pursuant to the preclusion of notice provisions of 18 U.S.C. § 2705(b), Rackspace US, Inc. be ordered not to notify any person (including the subscriber or customer to which the materials relate) of the existence of this search warrant until further order of the Court. Such an order is justified because notification of the existence of this search warrant would seriously jeopardize the ongoing investigation. Such a disclosure would give the subscriber corporations, FSC Laboratories, Inc. and FSC Pediatrics, Inc. an opportunity to destroy evidence, change patterns of behavior, or notify confederates.

WHEREFORE, it is respectfully requested that the Court grant the attached Order directing Rackspace US, Inc. not to disclose the existence of the search warrant or the application except to the extent necessary to carry out the Order. The United States further requests that this Application and the Court's Order be filed under seal.

Respectfully submitted,

/s/ Kelli H. Ferry
Kelli H. Ferry
Assistant U.S. Attorney
Bar: Washington D.C. (number N/A)
Attorney for the Plaintiff/Government
United States Attorney's Office
227 West Trade Street, Suite 1700
Charlotte, NC 28202
(704) 338-3112
(704) 344-6629 Fax
Kelli.Ferry@usdoj.gov

Ross S. Goldstein
U.S. Department of Justice
Office of Consumer Litigation
P.O. Box 386
Washington, DC 20044
(202) 353-4218
Ross.Goldstein@usdoj.gov